UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER NUNEZ,

                        Plaintiff,

            -against-                                    25-cv3879 (LTS)

MARK SILBER,                                            CIVIL JUDGMENT

                        Defendant.

    For the reasons stated in the June 6, 2025 order, this action is dismissed without prejudice

because of Plaintiff's failure to comply with the Court's October 31, 2023 order in Nunez, ECF

1:23-CV-0625, 20.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    June 9, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge